UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



UNITED STATES OF AMERICA

v.                              CASE NUMBER: 2:20-mj-00013

NEDELTCHO VLADIMIROV

### SEALED MOTION TO SEAL
### CRIMINAL COMPLAINT, AFFIDAVIT AND ARREST WARRANT

Comes now the United States of America by Andrew J. Tessman, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, Affidavit, Arrest Warrant, this sealed Motion, and Order, in order to allow for the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By:  /s/ Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
West Virginia Bar No. 13734
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200

Fax:   304-347-5104
Email:   andrew.tessman@usdoj.gov