

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                    CASE NUMBER: 2:20-mj-00013

NEDELTCHO VLADIMIROV

## MOTION TO SEAL CRIMINAL COMPLAINT

Comes now the United States of America by Andrew J. Tessman, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint previously filed in this case (ECF No. 3). The United States has become aware that a portion of the affidavit contains information that is not subject to public disclosure. To cure the inadvertent error, the United States requests leave of Court to file a redacted version of the Criminal Complaint on the public docket. A proposed redacted Criminal Complaint has been provided to the Court.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: /s/ Andrew J. Tessman
ANDREW J. TESSMAN
Assistant United States Attorney
West Virginia Bar No. 13734
300 Virginia Street, East
Room 4000

<mark>
<mark>
<mark>
<mark>
</mark>

Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-5104
Email:  andrew.tessman@usdoj.gov