

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                CASE NUMBER: 2:20-mj-00013

NEDELTCHO VLADIMIROV

O R D E R

For the reasons set forth in the Sealed Motion to Seal, the United States' Motion to Seal is hereby granted. The Criminal Complaint (ECF No. 3) is hereby SEALED. The Clerk is directed to file the proposed redacted Criminal Complaint on the public docket.

ENTER: Feb. 10, 2020

DAWNE L. TINSLEY
United States Magistrate Judge