IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                               Case No. 2:20-MJ-00013

**NEDELTCHO VLADIMIROV**

### NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Assistant Federal Public Defender, Rachel E. Zimarowski, and appears as assigned counsel of record for the defendant herein. All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below.

Dated this 11th day of FEBRUARY, 2020.

WESLEY P. PAGE
FEDERAL PUBLIC DEFENDER

s/Rachel E. Zimarowski
Rachel E. Zimarowski, WV Bar No. 11415
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV  23501
Telephone:  (304) 347-3350
Facsimile: (304) 347-3356
E-mail:  Rachel_Zimarowski@fd.org