USDC/ATTY-010 (8/10) Request for Transcript or Recording

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

AT **Charleston**

UNITED STATES OF AMERICA

v.

NEDELTCHO VLADMIROV

CASE NUMBER: 2:20-mj-00013

## REQUEST FOR TRANSCRIPT OR RECORDING

Requestor's name: Andrew J. Tessman

Address: 300 Virginia Street, East - Room 4000, Charleston, WV 25301

Telephone: 304-345-2200   Fax: 304-347-5104

E-mail address: andrew.tessman@usdoj.gov

Judicial officer presiding: Dwane L. Tinsley, United States Magistrate Judge

Proceeding date(s): February 13, 2020

Proceeding location(s): Charleston, WV

Proceeding type(s)[1]: Preliminary Hearing and Detention Hearing

Attorney present at hearing (list all attorneys):
Andrew J. Tessman
Rachel E. Zimarowski

Witness called at proceeding (list all witnesses):
Terry Hedrick
Justin Gibson

Court reporter name/Tape number/Courtflow: COURTSMART

---

[1] Proceeding types include: Motion Hearing, Voir Dire, Jury Selection, Jury Trial, Day 1, 2, etc., Bench Trial, Day 1, 2, etc., Jury Verdict, Sentencing, Bond Hearing, Detention Hearing, Etc.

**USDC/ATTY-010 (8/10) Request for Transcript or Recording**

Indicate type of transcript requested:

- [✓] Ordinary transcript (due 30 days from date assigned to court reporter)
- [ ] Daily (due by 5:00 PM the day following assignment to court reporter)
- [ ] 14-Day transcript (due 14 days from date assigned to court reporter)
- [ ] Hourly
- [ ] Expedited (due 7 days from date assigned to court reporter)
- [ ] Copy of tape

Additional instructions *(Provide additional information which will aid in the preparation of the transcript)*:

Need a transcript of the entire hearing.

I acknowledge that I am responsible for payment to the court reporter for the cost of a transcript of the proceedings described herein or that I am responsible to the Clerk of Court for payment of the cost for recording of the proceedings described herein. Further, I understand that this request will not be processed until appropriate financial arrangements are made.

By: s/Andrew J. Tessman          Date: February 18, 2020
*Requestor's Signature or e-Signature*

- [ ] Attorney (Civil or Criminal)
- [✓] Assistant United States Attorney
- [ ] CJA Attorney (completed CJA-24 attached)
- [ ] Pro Se Litigant
- [ ] Federal Public Defender

---

**FOR OFFICIAL COURT USE ONLY:**

Court reporter assigned: 

Date assigned: 

Delivery method:

- [ ] Hold for pickup
- [ ] Mail to above address
- [ ] Mail to: 
- [ ] Ship overnight:

via           Account no.:            Priority: