# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:20-mj-00013  **Type:** Preliminary and Detention Hearing
**Caption:** USA v. Nedeltcho Vladimirov  **Judge:** Judge Tinsley

**Started:** 2/13/2020 3:40:14 PM
**Ends:** 2/13/2020 4:55:34 PM  **Length:** 01:15:21

    Judge Dwane L. Tinsley
    Courtroom Deputy: Dawna Goodson
    Defendant: Nedeltcho Vladimirov
    Assistant United States Attorney: Andrew Tessman
    Assistant Federal Public Defender: Rachel Zimarowski
    Probation Officer: Justin Gibson

| Time | Event |
|---|---|
| 3:40:21 PM | PRELIMINARY AND DETENTION HEARING |
| 3:41:54 PM | Recording Paused |
| 3:46:31 PM | Recording Resumed |
| 3:47:07 PM | Called cased, noted appearances of counsel, defendant present in courtroom |
| 3:47:35 PM | We are here today for a preliminary hearing. Does the defendant wish to waive the hearing or are we taking evidence? |
| 3:47:54 PM | Government Calls Witness:   Terry Hedrick |
| 3:47:57 PM | Witness placed under oath by Courtroom Deputy |
| 3:48:22 PM | Direct examination of witness |
| 4:10:23 PM | Cross examination of witness |
| 4:27:10 PM | Redirect examination of witness |
| 4:29:12 PM | Re-cross examination of witness |
| 4:32:11 PM | Judge Dwane L. Tinsley |
| 4:32:28 PM | The Court finds probable cause |
| 4:32:55 PM | DETENTION HEARING |
| 4:33:13 PM | Court and parties review and discuss Pretrial Services Report |
| 4:33:50 PM | No additions or corrections to Pretrial Services Report at this time |
| 4:34:26 PM | The government previously filed a Motion for Detention. Does the defendant contest detention today? |
| 4:34:54 PM | Government Calls Witness: Justin Gibson |
| 4:34:55 PM | Witness placed under oath by Courtroom Deputy |
| 4:35:43 PM | Direct examination of witness |
| 4:38:48 PM | Cross examination of witness |
| 4:43:37 PM | Redirect examination of witness |
| 4:44:49 PM | Re-cross examination of witness |
| 4:46:24 PM | Proffer of counsel as to bond/detention |
| 4:47:20 PM | Defendant's counsel |
| 4:49:07 PM | Judge Dwane L. Tinsley |
| 4:50:28 PM | Court lists factors under 3142(g) |
| 4:54:31 PM | Finds by a preponderance of evidence that the defendant is a risk of flight |
| 4:54:42 PM | Therefore, no condition or combination of conditions exist for the defendant's release |
| 4:54:50 PM | Ordered the defendant detained and remanded to the custody of the US Marshals Service |
| 4:54:58 PM | Anything else counsel wishes to address? |
| 4:55:06 PM | Request that Probation provide the criminal history section of the Pretrial Services Report to counsel |
| 4:55:16 PM | Granted - directs the probation officer under Section 5L of the Pretrial Regulations to allow disclosure with good cause of the criminal history section of the report |
| 4:55:18 PM | Anything else counsel wishes to address? |