UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case Number: 2:20-mj-00013

**NEDELTCHO VLADIMIROV**

**O R D E R**

On February 13, 2020, came the United States of America by Andrew Tessman, Assistant United States Attorney, and came the defendant in person and by counsel, Rachel Zimarowski, Assistant Federal Public Defender for the purpose of preliminary and detention hearings, as previously ordered by the Court. Also present was Justin Gibson, Senior United States Probation Officer.

The Court, having heard the testimony of a witness, found probable cause to believe that the defendant committed the offenses charged in the criminal complaint in violations of 18 U.S.C. § 1956(a)(1)(A) and 18 U.S.C. § 1957(a). Accordingly, it is hereby **ORDERED** that the defendant shall appear for further proceedings.

The Court proceeded to the detention hearing in this matter. Following the arguments of counsel, testimony of a witness, consideration of the Pretrial Services Report and the factors contained in 18 U.S.C. § 3142(g), and for reasons more fully stated on the record, which are Ordered herein incorporated, the Court finds by preponderance of the evidence that the defendant is a risk of nonappearance. Further, the Court finds that there is no condition or combination of conditions of release that will reasonably assure the safety of others and the community at this time.

Accordingly, it is hereby **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further proceedings.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:**   February 18, 2020

---
Dwane L. Tinsley
United States Magistrate Judge