# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  **Case No.:** 2:20-mj-00013  **Type:** Initial Appearance on Complaint
**Caption:** USA v. Nedeltcho Vladimirov  **Judge:** Judge Tinsley

**Started:** 2/10/2020 1:58:02 PM
**Ends:**    2/10/2020 2:03:49 PM         **Length:** 00:05:48

      Judge Dwane L. Tinsley
      Courtroom Deputy: Dawna Goodson
      Defendant: Nedeltcho Vladimirov
      Assistant United States Attorney: Andrew Tessman
      Assistant Federal Public Defender:
      Probation Officer: Justin Gibson
      Court Reporter: CourtSmart

| Time | Event |
|---|---|
| 1:58:23 PM | INITIAL APPEARANCE |
| 1:59:23 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 1:59:52 PM | Stated rights of defendant and defendant acknowledged these rights |
| 2:00:36 PM | Stated personal information |
| 2:00:56 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 2:01:03 PM | Ordered the appointment of the Office of the FPD or an attorney on the CJA Panel |
| 2:01:21 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 2:01:42 PM | Stated violation(s) in charging document and possible penalties |
| 2:01:53 PM | You have the right to a preliminary hearing, which is scheduled for Thursday, February 13, 2020 at 2:00 p.m. |
| 2:02:52 PM | Motion for Detention Hearing has been filed and a hearing will be heard then as well |
| 2:03:16 PM | Ordered defendant remanded to USMS custody pending the next hearing |
| 2:03:34 PM | Anything else counsel wishes to address? |
| 2:03:37 PM | Hearing Adjourned |